```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 01932
   DONNIE M MAXWELL
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-7137


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/29/2008 and was confirmed 05/01/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/30/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID            PAID
--------------------------------------------------------------------------------
T MOBILE                     UNSECURED       NOT FILED            .00             .00
CITY OF CHICAGO PARKING      UNSECURED          335.00            .00             .00
CLERK OF THE CIRCUIT COU     UNSECURED       NOT FILED            .00             .00
FIRST PREMIER BANK           UNSECURED       NOT FILED            .00             .00
TCF NATIONAL BANK            UNSECURED       NOT FILED            .00             .00
JACKSON PARK HOSPITAL        UNSECURED       NOT FILED            .00             .00
MCI COMMUNICATIONS           UNSECURED       NOT FILED            .00             .00
RMI/MCSI                     UNSECURED          100.00            .00             .00
WILBER LAW FIRM              UNSECURED       NOT FILED            .00             .00
TRS SERVICES                 UNSECURED       NOT FILED            .00             .00
EAST LAKE MANAGMENT          NOTICE ONLY     NOT FILED            .00             .00
ENID JOHNSON                 NOTICE ONLY     NOT FILED            .00             .00
IL STATE DISBURSEMENT UN     DSO ARREARS     23847.85             .00             .00
IL STATE DISBURSEMENT UN     NOTICE ONLY     NOT FILED            .00             .00
ILLINOIS DEPT OF REVENUE     PRIORITY          248.32             .00             .00
INTERNAL REVENUE SERVICE     PRIORITY         5328.13             .00             .00
INTERNAL REVENUE SERVICE     UNSECURED         522.23             .00             .00
IL STATE DISBURSEMENT UN     UNSECURED       NOT FILED            .00             .00
ILLINOIS DEPT OF REVENUE     UNSECURED          46.40             .00             .00
ENID JOHNSON                 DSO ARREARS      2531.36             .00             .00
ROBERT J SEMRAD & ASSOC      DEBTOR ATTY     3,464.00                          830.58
TOM VAUGHN                   TRUSTEE                                            72.22
DEBTOR REFUND                REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                             RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                        902.80

PRIORITY                                                                   .00
SECURED                                                                    .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 01932 DONNIE M MAXWELL
```

```
UNSECURED                                                           .00
ADMINISTRATIVE                                                   830.58
TRUSTEE COMPENSATION                                              72.22
DEBTOR REFUND                                                       .00
                                        ---------------   ---------------
TOTALS                                          902.80            902.80
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 01/27/09               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```